### GENERAL MOTORS CORP. v. MOFFETT.

Ohio Appeals, 8th Dist., Cuyahoga Co.

Decided Nov. 7, 1927.

Orgill, Maschke & Wickham, Cleveland, for Motors Corp.

G. O. Farquharson, Cleveland, for Moffett.

**313. CORPORATIONS—829. Negligence.**

1. Negligence of individual cannot be charged to corporation where petition fails to connect individual with corporation as employe or servant.

2. Ownership, of all stock in subsidiary, does not, alone, make corporation liable for debts or obligations of subsidiary.

**191. BURDEN OF PROOF.**

Allegation that plaintiff purchased automobile from subsidiary corporation, and denial, from parent company, that it maintained the sales and service establishment where automobile was purchased and at which plaintiff was injured, places burden of proof on plaintiff. Allegation that plaintiff received personal injuries because of negligence of corporation through its employees, places burden of proof upon plaintiff.

**LEVINE, J.**

Any negligence of individual defendant in driving automobile which struck and injured plaintiff could not be charged to corporate defendant or anyone else other than individual defendant, where plaintiff's petition did not in any way connect individual defendant with corporate defendant as employee or servant, but referred to him as an individual, and the automobile which he was driving as his automobile.

That parent corporation owns all the stock of its subsidiary does not alone make it liable for debts or obligations of subsidiary.

Where plaintiff in personal injury action, purchased his automobile and received bill of sale from subsidiary corporation and not from

(Continued on Page 373)

# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of
## NEW CASES DOCKETED

For full history of these cases see Omnibus Index, last page.

### June 2, 1928

21186—Graver v. Guardian Tr. Co. Motion for Cuyahoga Appeals to certify. Harry Efros and Lawrence A. Tucker, Cleveland, for plaintiff; F. K. Pickering, Cleveland, for defendant.

21187—Brobenec v. Brobenec. Motion for Cuyahoga Appeals to certify. John J. Babka, Cleveland, for plaintiff.

21188—Kemper et v. Weishahn. Motion for Huron Appeals to certify. Young & Young, Norwalk, for plaintiff; Earl S. Miller, Norwalk, for defendant.

21189—Apex Coal Co. v. Winnings. Motion for Harrison Apeals to certify. Geo. C. McKlevey, St. Clairsville, for plaintiff; Frank B. Grove, Cadiz, for defendant.

### June 5, 1928

21190—Greene v. Wilson Sand & Supply Co. Motion for Gallia Appeals to certify. A. J. Greene, Gallipolis, for plaintiff; R. M. Switzer, Gallipolis, for defendant.

21191—Erie Co. v. Bender Streibig & Co. Motion for Hamilton Appeals to certify. Dinsmore. Shohl & Sawyer, Cincinnati, for plaintiff; Mouliner, Bettman & Hunt, Cincinnati, for defendant.

21192—Joel J. Brown v. Emmanuel Mallernee. Motion for Harrison Appeals to certify. John G. Worley, Cadiz, for plaintiff; Frank B. Grove, Cadiz, for defendant.

21193—N. Y. Cen. R. R. Co. v. Lukane. Motion for Cuyahoga Appeals to certify. Paul Lamb, Cleveland, for plaintiff; Bernsteen & Bernsteen, Cleveland, for defendant.

21194—Salisbury Transp. Co. v. P. U. C. Error to P. U. C. Brown & Reed and Postlewaite & Bricker, Columbus, for plaintiff; A. M. Calland and C. M. Shetler, for defendant.

## PROCEEDINGS OF
## SUPREME COURT

### GENERAL DOCKET

#### Wednesday, June 6, 1928

20932—Lannen v. Worland et. Lucas. Affirmed.

20948—Belpash et v. Emerine. Lucas. Affirmed.

20950—Theobald et v. Bd. of Commrs. of Fayette county. Fayette. Affirmed.

20971—Spitzig v. State ex Hile. Cuyahoga. Appeals reversed and common pleas affirmed.

20880—Mulholland v. State. Hancock. Petition in error dismissed, no constitutional question.

### MOTION DOCKET

20971—Spitzig v. State ex Hile et. Motion to dismiss petition in error. Overruled.

20980—Mulholland v. State. Motion to dismiss petition in error. Sustained.

21109—Hall v. Gayes. Motion for Montgomery Appeals to certify. Overruled.

21112—Spero, Inc., v. Sites et. Motion for Cuyahoga Appeals to certify. Overruled.

21113—Anderson v. Libby Glass Co. Motion Lucas Appeals to certify. Overruled.

21114—Ewers admx. v. Buckeye Clay Pot Co. Motion for Lucas Appeals to certify. Overruled.

21117—Shellenberger v. State. Motion for leave to file petition in error to the Knox Appeals. Overruled.

#### May 31, 1928

21184—Grubb, d. b. a. Tri State Transit Co. v. P. U. C. error to P. U. C. John F. Carlisle, Frank Raymund and Edwin D. Ricketts, Columbus, for plaintiff; A. M. Calland, D. H. Armstrong and B. W. Waltermire, Columbus, A. Z. Blair, Harry Miller and Henry Bannon, Portsmouth, and A. R. Johnson, Ironton, for defendant.

21185—Robinson v. Dye. Motion for Monroe Appeals to certify. Matz & Matz and F. W. Ketterrer Woodsfield, for plaintiff; H. S. Dyer and Moore, DuVaul & Moore, Woodsfield, for defendant.

(Continued from Page 372)
defendant parent corporation, and defendant denied that it maintained the sales and service establishment where automobile was purchased and at which plaintiff was injured, burden was on plaintiff to establish by competent proof that accident occurred at defendant's establishment.

Plaintiff, alleging that he received personal injuries because of negligent acts of defendant corporation through its employees and servants, had burden of proving such allegation. (Sullivan, PJ., and Vickery, J., concur.)

For reference to full opinion, see Omnibus Index, last page, this issue.